1
2
3
4
5
6
7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ANTHONY TARPLEY-BEY,                     No.  2:14-cv-2741-MCE-EFB P

12                   Petitioner,

13          v.                                 ORDER

14   UNITED STATES PAROLE
     COMMISSION,
15
                    Respondent.
16

17

18          Petitioner is a federal prisoner without counsel seeking a writ of mandate pursuant to 28

19   U.S.C. § 1651.  He has not, however, filed an in forma pauperis affidavit or paid the required

20   filing fee ($5.00).  *See* 28 U.S.C. §§ 1914(a); 1915(a).  Petitioner will be provided the opportunity

21   to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or

22   submit the appropriate filing fee.

23          Petitioner has requested that the court appoint counsel.  There currently exists no absolute

24   right to appointment of counsel in mandamus proceedings.  The court may, however, appoint

25   counsel at any stage of the proceedings "if the interests of justice so require."  *See* 18 U.S.C.

26   § 3006A.   The court does not find that the interests of justice would be served by the

27   appointment of counsel at this stage of the proceedings.

28   /////

                                         1

1    In accordance with the above, IT IS HEREBY ORDERED that:

2    1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in

3       support of his request to proceed in forma pauperis or the appropriate filing fee;

4       petitioner's failure to comply with this order will result in a recommendation that this

5       action be dismissed;

6    2. Petitioner's request for appointment of counsel (ECF No. 3) is denied; and

7    3. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis

8       form used by this district.

9    Dated:  March 10, 2015.

10   EDMUND F. BRENNAN
11   UNITED STATES MAGISTRATE JUDGE

2